IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SANDRA BROWN-BAUMBACH : 
: CIVIL ACTION
v. :
: NO. 09-3962
B & B AUTOMOTIVE, INC. :

**ORDER**

AND NOW, this  6th  day of July, 2010, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 23), and all documents submitted in support thereof and in opposition thereto, it is ORDERED that the Motion is GRANTED.

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, Judge